**MEMO ENDORSED**

Sacco & Fillas, LLP
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2243
Direct Fax: 718 559-6517

ctucker@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas

Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz

Malik E. Anderson*
Scott L. Appelbaum
James R. Baez*
Joseph Benincasa
Jack Berry
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
Scott W. Clark
David A. Craven
Christopher DelCioppio*
Alex Diaz
Kurt A. Doiron
Ronald B. Groman
Jeffrey Hellerman
Emily Huang
Zachary S. Kaplan
James Y. Kim*
Natalia R. LaMorta
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Ashley Rajakaruna
Philip R Reid*
Richard E. Schirmer
Morris J. Schlaf*
Christian Schlegel
Lantao Sun
William W. Walis
Michael S. Warycha
Roger Wong
Zachary J. Zain
Alex Zhang
Anthony J. Zullo
*Also admitted in New Jersey

August 17, 2026

**<u>Via ECF</u>**
Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York

Re: *Montalvo v. Michele Vozzella Speech Therapy PLLC, et al.*, No. 7:25-cv-10530-JGLC

Dear Judge Clarke:

The parties jointly and respectfully request a brief extension of the current August 17, 2026 deadline for submission of settlement materials to September 18, 2026.

The parties have finalized and executed their settlement documents. The executed settlement agreement contemplates an escrow-funding step before the filing of the Offer of Judgment and Notice of Acceptance. The requested extension will permit the parties to complete that agreed settlement process and make the contemplated filing.

The original deadline was July 6, 2026. The parties previously requested one extension, which the Court granted, extending the deadline to August 17, 2026. This request is made on consent. No conference or other appearance is presently scheduled before the Court.

Accordingly, the parties respectfully request that the August 17, 2026 deadline be extended to September 18, 2026.

We thank the Court for the time and attention to this matter.

Respectfully submitted,

*<u>/s/ Clifford Tucker</u>*
Clifford Tucker, Esq.

SACCO & FILLAS, LLP
Attorneys for Plaintiff

KAUFMAN DOLOWICH LLP
Attorneys for Defendants

Application GRANTED. The Court extends the deadline to submit settlement materials to September 18, 2026.

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE, United States District Judge
Dated: August 21, 2026
White Plains, New York

Main Office
31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Bayside Office
42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

Manhattan Office
32 Broadway
Suite 1818
New York, NY 10004

New Jersey Office
2160 North Central Road
Suite 306
Fort Lee, NJ 07024