Sacco & Fillas, LLP
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2243
Direct Fax: 718 559-6517

ctucker@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas

Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz

Malik E. Anderson*
Scott L. Appelbaum
James R. Baez*
Joseph Benincasa
Jack Berry
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
Scott W. Clark
David A. Craven
Christopher DelCioppio*
Alex Diaz
Kurt A. Doiron
Ronald B. Groman
Jeffrey Hellerman
Emily Huang
Zachary S. Kaplan
James Y. Kim*
Natalia R. LaMorta
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Ashley Rajakaruna
Philip R Reid*
Richard E. Schirmer
Morris J. Schlaf*
Christian Schlegel
Lantao Sun
William W. Walis
Michael S. Warycha
Roger Wong
Zachary J. Zain
Alex Zhang
Anthony J. Zullo
*Also admitted in New Jersey

September 18, 2026

**MEMO ENDORSED**

**Via ECF**
Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York

Re: *Montalvo v. Michele Vozzella Speech Therapy PLLC, et al.*, No. 7:25-cv-10530-JGLC

Dear Judge Clarke:

Plaintiff respectfully requests an extension of the September 18, 2026 deadline for submission of settlement materials to October 2, 2026.

The parties have reached a settlement but require a brief additional period to complete the remaining settlement steps and submit the contemplated materials to the Court.

This is the third request to extend the settlement-materials deadline. The two prior requests were granted, extending the original July 6, 2026 deadline first to August 17, 2026 and then to September 18, 2026. Plaintiff recognizes that this request is being made within 48 hours of the deadline. Plaintiff's counsel attempted to confer with defense counsel regarding the status of the settlement and this request but was unable to reach counsel; Defendants' position is therefore presently unknown.

No conference or other appearance is presently scheduled. Plaintiff respectfully requests that the deadline be extended to October 2, 2026.

We thank the Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Clifford Tucker*
Clifford Tucker, Esq.

SACCO & FILLAS, LLP
Attorneys for Plaintiff

KAUFMAN DOLOWICH LLP
Attorneys for Defendants

Application GRANTED. The Court extends the deadline for the parties to file their settlement materials to October 2, 2026.

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge
Dated: September 21, 2026
White Plains, New York

**Main Office**
31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

**Bayside Office**
42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

**Manhattan Office**
32 Broadway
Suite 1818
New York, NY 10004

**New Jersey Office**
2160 North Central Road
Suite 306
Fort Lee, NJ 07024