UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNA MONTALVO,<br><br>Plaintiff,<br><br>-against-<br><br>MICHELE VOZZELLA SPEECH THERAPY PLLC (D/B/A THRIVE TOGETHER SPEECH THERAPY), and MICHELE VOZZELLA,<br><br>Defendants. | Case No. 7:25-cv-10530-JGLC<br><br>~~**[PROPOSED]**~~ **JUDGMENT** |

It is ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Anna Montalvo and against Defendants Michele Vozzella Speech Therapy PLLC (d/b/a Thrive Together Speech Therapy) and Michele Vozzella, in the sum of Sixty-Two Thousand Seven Hundred and Fifty Dollars ($62,750.00) ("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve all claims in the Action, pursuant to Defendants' accepted Offer of Judgment under Fed. R. Civ. P. 68.

Payment of the Judgment Amount shall be made within seven (7) days of this Court's entry of judgment.

This Judgment shall not be construed as either an admission of liability on the part of Defendants, or any of them, or that Plaintiff has suffered any damages.

The Clerk of Court is directed to CLOSE the case.

Dated: October 13, 2026

SO ORDERED,

By: Jessica Clarke
JESSICA G. L. CLARKE
United States District Judge